**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Forylan MEDINA–ALVAREZ, Defendant—Appellant.**

**No. 04–30421.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 27, 2005.

Pamela J. Byerly, Office of the U.S. Attorney, Spokane, WA, for Plaintiff-Appellee.

Kimberly Deater, Esq., Federal Public Defender's Office, Spokane, WA, for Defendant-Appellant.

Before: T.G. NELSON, WARDLAW and TALLMAN, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Forylan Medina–Alvarez appeals the 18–month sentence imposed following his guilty plea conviction for being an alien in the United States after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we remand.

Because appellant was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing court for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez,* 419 F.3d 906, 916 (9th Cir.2005).

SENTENCE REMANDED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.